# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00190-CV

**R. J. and A. D. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-20-005379, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R. J. filed her notice of appeal on April 8, 2022. The appellate record was complete on April 24, 2022, making appellant's brief due on May 16, 2022. On May 24, 2022, counsel for appellant filed an amended motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we dismiss as moot appellant's Motion for Extension of time to File Brief of Appellant R.J., grant appellant's Amended Motion for Extension of Time to File Brief of Appellant R.J., and order Karen J. Langsley to file appellant R.J.'s brief no later than

June 2, 2022.  If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on May 25, 2022.

Before Justices Goodwin, Baker, and Triana